Frankie L. McCann
pro se plaintiff
3165 King Ave E.
Billings MT 59101


SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 28 2023
ARTHUR JOHNSTON
BY_____ DEPUTY

United States District Court Southern District of Wayne County

| Frankie L. McCann JR Plaintiff | Complaint |
|---|---|
| Cynthia Terrell  defendant | |

## I. Jurisdiction and Venue

This is a civil Action Authorized by 42 U.S.C Section 1983 to Redress The unlawful discrimination / wrongful Conviction / use of Confession Mis-use of position / Insufficent Evidence to state / Conflict of Interest / All Acts under color of Law Plaintiff seeks Relief Requested $200,000 For violation of Constitutional Laws / Basic Rights / Human Rights

## II Plaintiffs'

Plaintiff Frankie L. McCann JR was A Prisoner →

Confined and Sentenced To Mississippi State prison For 5 years with 15 years Suspended plaintiff Frankie lee McCann JR Suffered a Great Loss when charged At The Age of 17 years of AGE For The False Allegation of statutory Rape

## III. Defendant's

Defendant Cynthia Terrell / Kevin stevenson / Mike Mazingo who where all Involved Informed me at The Time That If I Admitted to Just Touching The Alleged victim M.E That I could Go Home Little did I know I was being Framed As A 17 year old Black Male For The False charges of Statutory Rape

## IV. Denial of Proper Investigation

While Suffering confindment In wayne county Jail and Requesting an Investigation defendant →

stated that she didn't have to do anything but feed me and that I was going down for messing with her friends daughter I was scared I had nobody to care for me mom was running the streets daddy was on drugs so I had nobody to defend me as a 17 year old Black Male and my Aunty/cousin officer Cynthia Terrell knew that and took avantage of it

## V. Exhaustion of Administrative Remedies

Plaintiff has exhausted his Administrative Remedies with Respect to all claims and all defendants

## VI. Claims For Relief

The Actions of defendants Cynthia Terrell, Mike-Mazing / Keven Stevenson / State of Mississippi denial of proper Investigation and violated due process all were done Sadistically and Maliciously and →

Constitued Cruel and unusual punishment In violation of Eighth Amendment of The U.S. Constitution

## VII. Relief Requested

Wherefore, plaintiff Request The The Honorable Court Grant The Following Relief:

(1) The Actions of defendant's Cynthia Terrell, Mike Mazingo / Keren Stevenson violates plaintiff Rights under The Eighth Amendment of United states Constitution

(2) Issue an Injunction ordering to Montana Probation and parole office and State Of Montana District Court to Immediately Transfer plaintiff to Wayne county Jail Better Equipped to hold plaintiff to Address his Case In Mississippi court

③ Award Compensation damages In The Following Amounts:

1) $5,000 Jointly and Severally Against defendant's Cynthia Terrell, Mike Mazingo, Keven Stevenson For denial of proper Investigation, violation of due process, Unlawful Discrimination, wrongful Conviction, perjury, False Swearing, Conflict of Interest,

④ Award punitive damages In The ~~Amount~~ Amount of

$10,000 Each defendant Cynthia Terrell, Mike Mazingo, Keven Stevenson

Grant Such other Relief as It may Appear plaintiff Is Entitled