

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**FRANKIE L. MCCANN**                                                    **PLAINTIFF**

**VERSUS**                                       **CIVIL ACTION NO. 2:23cv143-KS-MTP**

**CYNTHIA TERRELL, KEVIN
STEVENSON, and MIKE MOZINGO**                                **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be, and is hereby, **DISMISSED**. The claims for wrongful probation revocation and failure to register conviction are dismissed **WITH PREJUDICE** for failure to state a claim until such time as the revocation and failure to register conviction are invalidated. The remainder is dismissed **WITH PREJUDICE** as frivolous.

**SO ORDERED AND ADJUDGED**, this the 1st day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE